UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| APRIL PARKS,<br><br>                            Plaintiff<br>      v.<br>HOLLY SKULSTED, et al.,<br><br>                           Defendants | Case No. 2:25-cv-00040-RFB-MDC<br><br>**ORDER** |

On January 7, 2025, pro se plaintiff April Parks, an inmate in the custody of the Nevada Department of Corrections, submitted a document titled "Motion to Compel." (ECF No. 1-1). Plaintiff's initiating document does not constitute a complaint. And Plaintiff has neither paid the full $405 filing fee for this action nor applied to proceed *in forma pauperis*. (*See* ECF No. 1).

I.  DISCUSSION

    A.  Filing Fee

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

**B.  Complaint**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

**II.  CONCLUSION**

It is therefore ordered that Plaintiff has **until March 11, 2025**, to accomplish the following two items:

1) File a complaint using this Court's approved form or file a complaint that is legible and contains substantially all of the information called for by this Court's approved form.

2) Either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three of the following required documents:

(i) a completed application with the inmate's two signatures on page 3,

(ii) a completed financial certificate that is signed both by the inmate and the prison or jail official, and

(iii) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

///

///

///

The Clerk of the Court is directed to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same, as well as the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED: January 10, 2025

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE